U.S. Department of Justice



United States Attorney
Southern District of New York

United States Courthouse
300 Quarropas Street
White Plains, New York 10601

February 4, 2008

*Application granted. Conference now scheduled for February 14, 08 at 9:15 a.m. Time is excluded under the Speedy Trial Act through February 14, 2008.*

*SO ORDERED. [signature] Charles L. Brieant U.S.D.J.*
*Dated: 2/6/08*

BY FACSIMILE

The Honorable Charles L. Brieant
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, New York 10601

Re: **United States v. Michael T. Garcia**, 08 Cr. 75 (CLB)

Dear Judge Brieant:

The Government writes to confirm that the status conference in the above matter previously scheduled for February 5, 2008 has been adjourned to February 14, 2008 at 9:15 a.m. The Government respectfully requests that the Court exclude time in the interests of justice, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), through February 14, 2008. Counsel for the defendant has advised me that he consents to this exclusion of time.

Thank you for your consideration of this matter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
Richard C. Tarlowe
Assistant United States Attorney
(914) 993-1963

cc: Clinton W. Calhoun, Esq.