BRICCETTI, CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 450
WHITE PLAINS, NEW YORK 10601

**MEMO ENDORSED**

VINCENT L. BRICCETTI*
CLINTON W. CALHOUN, III**
KERRY A. LAWRENCE*

*ALSO ADMITTED IN CT
**ALSO ADMITTED IN VA & DC

(914) 946-5900

FAX (914) 946-5906

March 25, 2008

**BY FACSIMILE**
Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
3/27/08
HON. COLLEEN McMAHON

Re: United States v. Michael Garcia
    08 Cr. 75 (CM)

Dear Judge McMahon:

I represent the defendant Michael Garcia, who has entered a plea of guilty in the above matter to a conspiracy to use unauthorized access devices on February 13, 2008. Mr. Garcia has been released to bail since his arrest in July, 2007. This letter is to request that Mr. Garcia be allowed to travel to Puerto Rico to visit his family following the recent death of an uncle there. He wishes to leave on April 3 and will return on April 7, 2008. Mr. Garcia will be staying at the Old San Juan Hotel, 100 Brumbaugh Street, in San Juan and will be visiting in the home of his aunt Micheila Velasquez in Caguas, PR.

Cynthia Labrovic of Pretrial Services has approved this travel. I also called AUSA Tarlowe and he related that the government likewise has no objections to Mr. Garcia's proposed trip. The Court previously has approved travel requests by Mr. Garcia.

I appreciate the Court's consideration of this request.

Respectfully submitted,

Clinton W. Calhoun, III

cc: AUSA Richard Tarlowe (by facsimile)
    PTSO Cynthia Labrovic (by facsimile)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/08