UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :          REPORT AND
                                                              RECOMMENDATION
                    Plaintiff,              :

              –v–                              :          S1 08 Cr. 0075 (CM)(LMS)

MICHAEL T. GARCIA,                     :

                    Defendant(s)         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO:    The Honorable Colleen McMahon, United States District Judge:

This written Report and Recommendation is respectfully submitted to report that on

February 13, 2008, the above-noted defendant entered a guilty plea in this matter, as set forth in

the transcript of the plea proceeding, which is transmitted with this written Report and

Recommendation. In accordance with my oral Report and Recommendation at the close of the

plea proceeding, I respectfully report that the plea accords with the requirements of Rule 11 of

the Federal Rules of Criminal Procedure, and I further recommend that Your Honor adjudge the

defendant guilty of the offense(s) to which a guilty plea was offered.

Dated:          April 2, 2008
                    White Plains, New York

                                                  Respectfully submitted,

                                                  Lisa Margaret Smith
                                                  United States Magistrate Judge

