## BRICCETTI, CALHOUN & LAWRENCE, LLP
ATTORNEYS AT LAW
81 MAIN STREET
SUITE 450
WHITE PLAINS, NEW YORK 10601

VINCENT L. BRICCETTI*
CLINTON W. CALHOUN, III**
KERRY A. LAWRENCE*

*ALSO ADMITTED IN CT
**ALSO ADMITTED IN VA & DC

(914) 946-5900
FAX (914) 946-5906

May 29, 2008

**MEMO ENDORSED**
5/30/08

**BY FACSIMILE**
Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Michael Garcia
08 Cr. 75 (CM)

Dear Judge McMahon:

I represent the defendant Michael Garcia, who entered a plea of guilty in the above matter to a conspiracy to use unauthorized access devices on February 13, 2008. Mr. Garcia has been released to bail since his arrest in July, 2007. This letter is to request that Mr. Garcia be allowed to travel to St. Petersburg, Florida, to visit his son on Father's Day. He wishes to leave on June 11 (Jet Blue flight 21, JFK to Tampa, departing 6:30 p.m.) and will return on June 15, 2008 (Jet Blue flight 60, Tampa to JFK, departing 2:20 p.m.). Mr. Garcia will be staying at a house he has rented at 4783 55th Avenue North in St. Petersburg. He has rented the house from Priscilla Sanchez, whose phone number is 203-490-9703.

Cynthia Labrovic of Pretrial Services has approved this travel. I also called AUSA Krissoff and she related that the government likewise has no objections to Mr. Garcia's proposed trip. The Court previously has approved travel requests by Mr. Garcia.

I appreciate the Court's consideration of this request.

Respectfully submitted,

Clinton W. Calhoun, III

cc: AUSA Sarah Krissoff (by facsimile)
PTSO Cynthia Labrovic (by facsimile)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08