## BRICCETTI, CALHOUN & LAWRENCE, LLP
### ATTORNEYS AT LAW
81 MAIN STREET
SUITE 450
WHITE PLAINS, NEW YORK 10601

VINCENT L. BRICCETTI*
CLINTON W. CALHOUN, III**
KERRY A. LAWRENCE*

(914) 846-5900

FAX (914) 846-5906

August 27, 2008

*ALSO ADMITTED IN CT
**ALSO ADMITTED IN VA & DC

**BY FACSIMILE**
Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

AUG 27

Re:   United States v. Michael Garcia
      08 Cr. 75 (CM)

Dear Judge McMahon:

   I represent the defendant Michael Garcia, who entered a plea of guilty in the above matter to a conspiracy to use unauthorized access devices on February 13, 2008. Mr. Garcia has been released to bail since his arrest in July, 2007.

   This letter is to request that Mr. Garcia be allowed to travel to Tampa, Florida, to visit his son. He wishes to leave on September 4 (Jet Blue flight 63, JFK to Tampa, departing 6:05 p.m.) and return on September 8, 2008 (Jet Blue flight 28, Tampa to JFK, departing 6:50 p.m.). Mr. Garcia will be staying at a house he has rented at 4783 55th Avenue North in St. Petersburg. Mr. Garcia's cell phone number is 646-235-0255.

   Cynthia Labrovic of Pretrial Services has approved this travel. I also called AUSA Krissoff and she related that the government likewise has no objections to Mr. Garcia's proposed trip. The Court previously has approved travel requests by Mr. Garcia and I appreciate the Court's consideration of this request.

Respectfully submitted,

Clinton W. Calhoun, III

**MEMO ENDORSED**

Request to travel granted with the consent of the Government and Pretrial Services.

cc:   AUSA Sarah Krissoff (by facsimile)
      PTSO Cynthia Labrovic (by facsimile)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/08